| | | | |
|---|---|---|---|
| Com. v. Mason | 235 WDA 2016<br>Affirmed | 12/06/2016 | CP–53–CR–0000268–2012<br>(Potter) |
| Com. v. Charles | 314 WDA 2016<br>Affirmed | 12/06/2016 | CP–02–CR–0010116–1982<br>(Allegheny) |
| Com. v. Richter | 755 WDA 2016<br>Affirmed | 12/06/2016 | CP–56–CR–0000476–2013<br>(Somerset) |
| Com. v. Wilson | 663 EDA 2016<br>Affirmed | 12/07/2016 | CP–51–CR–0339311–1994<br>(Philadelphia) |
| In the Interest of: E.B. | 1182 EDA 2016<br>Quashed | 12/07/2016 | CP–51–DP–0000319–2015<br>(Philadelphia) |
| Com. v. Garrick | 1579 MDA 2015<br>Reversed and<br>Remanded | 12/07/2016 | CP–21–CR–0002018–2011<br>(Cumberland) |
| Com. v. Little | 324 MDA 2016<br>Affirmed | 12/07/2016 | CP–29–CR–0000055–2015<br>(Fulton) |
| Com. v. Patrick | 523 MDA 2016<br>Affirmed | 12/07/2016 | CP–38–CR–0000114–2015<br>(Lebanon) |
| Com. v. Mummert | 1748 WDA 2015<br>Affirmed | 12/07/2016 | CP–11–CR–0001295–2010<br>(Cambria) |
| Com. v. Kennedy | 1918 WDA 2015<br>Affirmed | 12/07/2016 | CP–30–CR–0000455–2013<br>(Greene) |
| Com. v. Guzman | 267 WDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 12/07/2016 | CP–25–CR–0000461–2010<br>(Erie) |
| Com. v. Gutshall | 796 WDA 2016<br>Affirmed | 12/07/2016 | CP–42–CR–0000400–2015<br>(McKean) |
| Com. v. Pearl | 3226 EDA 2013<br>Vacated | 12/08/2016 | CP–51–CR–0012111–2011<br>(Philadelphia) |
| Com. v. Gumminger | 2763 EDA 2015<br>Affirmed | 12/08/2016 | CP–51–CR–0000835–2010<br>(Philadelphia) |
| V.G. v. A.G. | 276 EDA 2016<br>Reversed and<br>Remanded | 12/08/2016 | 0C0801290<br>(Philadelphia) |
| Com. v. Johnson | 1816 EDA 2016<br>Affirmed | 12/08/2016 | CP–15–CR–0004156–2011<br>(Chester) |
| Com. v. Wallace | 1921 EDA 2016<br>Affirmed | 12/08/2016 | CP–48–CR–0002178–2005<br>(Northampton) |